UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JARI PARKER | * | CIVIL ACTION NO: |
|    Plaintiff | * | |
| | * | |
| Vs. | * | JUDGE: |
| | * | |
| CSAA INSURANCE EXCHANGE, ET AL | * | |
|    Defendant | * | MAGISTRATE JUDGE: |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C.1441, CSAA Insurance Exchange ("CSAA") and Yonah Levy give notice that Jari Parker v. CSAA Insurance Exchange, Yonah Levy and Geico County Mutual Insurance Company, currently pending in the Civil District Court for the Parish of Orleans, State of Louisiana, Docket No. 2020-06307, is hereby removed to the United States District Court for the Eastern District of Louisiana, the federal jurisdiction encompassing the Civil District Court for the Parish of Orleans, State of Louisiana. In accordance with 28 U.S.C. 1446, a copy of all process, pleadings including the Petition for Damages, and orders served upon defendants therein is filed simultaneously herewith and attached hereto as Exhibit A. CSAA and Yonah Levy respectfully submit that the grounds for the removal of this action are as follows:

## DIVERSITY OF CITIZENSHIP

1.

This court has jurisdiction over this case pursuant to 28 U.S.C. Section 1332, as there is complete diversity of citizenship between the parties.

2.

The Petition for Damages alleges that the plaintiff is a resident of Orleans Parish, Louisiana.

3.

The Petition further alleges that the defendants are CSAA, Yonah Levy, and Geico County Mutual Insurance Company ("Geico").

4.

CSAA is a reciprocal insurance exchange domiciled and having its principal place of business in California.

5.

Geico is domiciled and has its principal place of business in Texas.

6.

Yonah Levy is only a temporary resident of Orleans Parish, Louisiana.

7.

Defendants respectfully submit that Yonah Levy is a citizen of California. For the purposes of diversity jurisdiction, "citizenship has the same meaning as domicile." *Stine v. Moore,* 213 F.2d 446, 448 (5th Cir. 1954). The essential elements of domicile are residence and intent to remain. *Id.* Yonah Levy resides in New Orleans, Louisiana for the purpose of attending Tulane University School of Medicine. (See Declaration of Yonah Levy attached as Exhibit "B"). Yonah Levy does not intend to remain in Louisiana following graduation from medical school and will seek a residency placement through a match program which could place him anywhere in the United

States. Prior to attending college Yonah Levy lived his entire life in the State of California, which he considers his permanent home. His parents and family members live in California and he has no family in Louisiana. Yonah Levy's driver's license and vehicle registration were issued by the State of California. Id.

Courts consistently hold that out-of-state college students are temporary residents and not domiciliaries of the states in which they attend college. *Hakkila v. Consol. Edison Co. of New York*, 745 F. Supp. 988, 990 (S.D.N.Y. 1990). Further, a college student retains the domicile of his parents when leaves for college, unless it can be demonstrated that he changed domiciles. *Hamilton v. Accu-Tek*, 13 F. Supp. 2d 366, 369 (E.D.N.Y. 1998). Thus, while Yonah Levy's temporarily resides in Louisiana, his domicile remains California.

8.

There is complete diversity of citizenship between plaintiff and defendants, as plaintiffs are citizens of Louisiana, and the defendants are citizens of Texas and California.

**AMOUNT IN CONTROVERSY**

9.

Plaintiffs have sued CSAA as the liability insurer of Yonah Levy and have alleged that CSAA's insurance coverage is inadequate to compensate them for their losses.[1] For that reason, Plaintiffs have also sued Geico, their own insurer, under the uninsured/underinsured motorists coverage of their policy. As shown by the auto declarations of the policy issued to Yonah Levy

---

[1] Plaintiff's Petition for Damages, ¶VII.

attached hereto as Exhibit C, the CSAA coverage provides liability limits of $100,000 per person and $300,000 per accident. The amount in controversy requirement for removal based upon diversity is therefore met.

## PROCEDURAL BASIS FOR REMOVAL

10.

28 U.S.C. 1332(a) provides that district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

11.

28 U.S.C. 1446(b)(1) provides that a notice of removal shall be filed within thirty days after receipt by the defendant, through service or otherwise, a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based. CSAA's receipt of the initial pleading occurred when it was received via certified mail on August 17, 2020, hence this removal is timely.

## UNANIMITY OF THE DEFENDANTS

12.

Aside from the removing parties herein, the only other defendant, Geico, has consented to this Notice of Removal as evidenced by the Consent to Removal attached hereto as Exhibit D. Defendants have therefore complied with the unanimity requirement that all defendants join in or consent to the removal of the action.

13.

Promptly after filing this Notice of Removal, written notice hereof will be given to counsel for Plaintiffs and filed with the Clerk for the Orleans Parish Civil District Court for the Parish of Orleans, State of Louisiana.

WHEREFORE, CSAA Insurance Exchange ("CSAA"), and Yonah Levy pray that this Notice of Removal be deemed good and sufficient and that the aforesaid Petition for Damages be removed from the Orleans Parish Civil District Court for the Parish of Orleans, State of Louisiana to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

JONES FUSSELL, L.L.P.

*/s/* John R. Walker
John R. Walker (La. Bar No. 2165)
Andrew J. Walker (La. Bar No. 39056)
P. O. Box 1810
Covington, LA 70434
Telephone: (985) 246-7808
Facsimile: (985) 235-4327
Email: johnwalker@jonesfussell.com
***Attorney for CSAA Insurance Exchange, Yonah Levy***

## CERTIFICATE OF SERVICE

I hereby certify that all parties have been served with this pleading via ECF and/or by email, facsimile and/or US Mail this 11th day of September, 2020.

/s/ John R. Walker